MARY D. SHERMAN, Respondent, *v.* LEVI C. WEIR, as President of the Adams Express Company, Appellant.

*Sherman* v. *Weir*, 76 App. Div. 628, appeal dismissed.
(Argued March 16, 1903; decided March 24, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered November 29, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that no exception appeared in the record which raised any question of law, except such as was frivolous.

*Roger M. Sherman* for motion.

*Richard Reid Rogers* opposed.

Motion granted and appeal dismissed, with costs in this court and ten dollars costs of motion.